UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ETHEL CONERLY | * | CIVIL ACTION NO. 2:08-CV-723 |
| v. | * | |
| HAROLD W. PEARSON, M.D. | * | JUDGE DONALD E. WALTER |
| | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Record Document 41) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Intervenor-Defendant Louisiana Patients Compensation Fund's Motion to Dismiss for Failure to Prosecute (Record Document 32) is **GRANTED**, and the suit is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of December, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE